[No. 7481-8-II. Division Two. February 14, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN ALLEN PAUL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83-1-00939-3, Thomas R. Sauriol, J., entered December 8, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 7583-1-II. Division Two. February 14, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY YARBOROUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 82-1-01744-4, J. Kelley Arnold, J., entered January 6, 1984. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 7559-8-II. Division Two. February 14, 1986.]

GAYLORD C. PARKER, *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-04760-6, Arthur W. Verharen, J., entered January 20, 1984. *Remanded with instructions* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.